# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JERRY BIAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   2:07-cv-00755-SLB-JEO |
| | ) |
| DAVID BARBER and JOE ROBERTS, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on July 25, 2007, recommending that all federal law claims in this action be dismissed for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1).  The magistrate judge further recommended that any state law claims be dismissed without prejudice, pursuant to 28 U.S.C. § 1367(c)(3).  No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be and hereby is **ADOPTED** and the recommendation is **ACCEPTED**.  Accordingly, the plaintiff's federal law claims are due to be dismissed pursuant to 28 U.S.C. § 1915A(b)(1), and any state law claims are due to be dismissed pursuant to 28 U.S.C. § 1367(c)(3).  A Final Judgment will be entered.

**DATED**, this 27th day of August, 2007.

*Sharon Lovelace Blackburn*
SHARON  LOVELACE  BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE